**Mack Ray LITTLE, Petitioner— Appellant,**

v.

**UNITED STATES of America, Respondent—Appellee.**

No. 03–7407.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 6, 2003.

Decided Nov. 25, 2003.

Mack Ray Little, pro se. Eric William Ruschky, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Mack Ray Little appeals the district court's order denying his petition for a writ of coram nobis, granting summary judgment to defendant, and denying his motion to amend his petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Little v. United States,* Nos. CR–92–369–M–1; CA–02–510–4–25 (D.S.C. filed Aug. 20, 2003 & entered Aug. 21, 2003). We deny Little's request for a certificate of appealability because a certificate of appealability is not required for our review of the denial of coram nobis relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*